RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/5/11
BY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 3:10cv1346 |
| VS. | * | JUDGE JAMES |
| CHAD GRUBBS | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The defendant having been duly served, more than the required number of days having elapsed, and defendant having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor thereof,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Plaintiff, United States of America, and against defendant, CHAD GRUBBS, for the principal and interest amounts set forth below, plus post-judgment interest thereon at the legal rate as of the date of judgment as specified in 28 U.S.C. §1961, as follows:

| | |
|---|---|
| Unpaid principal balance of $150,000.00 note dated July 21, 2005 | $102,012.86 |
| Accrued interest as of June 28, 2010 | 171.18 |
| Plus interest thereafter at the note rate of 4.375% until date of judgment | |
| UCC Encumbrance Certificate And Lien Search | 75.00 |

with full recognition and maintenance of Plaintiff's special mortgage, lien and privilege upon the following described property, to-wit:

    30 Cows, Mixed

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the said hereinabove described property be seized and sold by the United States Marshal for the Western District of Louisiana, at public auction, <u>with appraisement</u>, for cash, to the highest bidder, and that out of the proceeds of said sale Plaintiff be paid by preference and priority over all other persons whomsoever, the amount of the claim with interest and that the amount realized from said sale be credited "pro tanto" upon the amount of the judgment herein and if not sufficient to pay and discharge the same, the unpaid balance of said judgment to be enforceable in accordance with law and against any and all property belonging to Defendant.

    Finally, IT IS ORDERED that plaintiff have judgment for all costs of this proceeding.

    JUDGMENT RENDERED AND SIGNED in Monroe, Louisiana, this 5 day of January, ~~2010~~ 2011.

                                              JUDGE, UNITED STATES DISTRICT COURT